MOW 7016-1.21 (02/19)

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Carol Linda Dille

Case No. 18-42994-drd-13

Debtor(s)

**EXHIBIT INDEX**

|   | = | Offered & Admitted w/o objection | X | = | Offered & Admitted over objection |
|---|---|---|---|---|---|
| Ex. | = | Offered, but objected to and excluded | N.O. | = | Marked but not offered |
| D.B. | = | Admitted, de bene | W.D. | = | Offered then withdrawn exhibit |
| Ltd. | = | Admitted for limited purpose |   |   |   |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| A |   |   |   | Chapter 13 trustee's certification concerning initial confirmation of debtor's plan |
| B |   |   |   | Returned service addressed to Gerald Sanders |
| C |   |   |   | Returned service addressed to attorney for Gerald Sanders |
| D |   |   |   | 2014 quit claim deed of 206 E 66th St |
| E |   |   |   | 2017 quit claim deed of 781 NW 1621st Rd |
| F |   |   |   | 2014 quit claim deed of 4605 Liberty St |
| G |   |   |   | 2014 quit claim deed of 4933 Westwood Rd |
| H |   |   |   | 2014 quit claim deed of 4937 Westwood Rd |
| I |   |   |   | 2016 trustee's warranty Deed of Oakshire 3rd Plat |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |

Page # _____   I CERTIFY that I have this date Enter a date received from the Clerk, U. S. Bankruptcy Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____          Enter signature
PRINTED NAME                              SIGNATURE