Case 18-42994-drd13  Doc 136  Filed 08/16/20  Entered 08/16/20 23:30:34  Desc
Exhibit Chapter 13 trustees certification concerning initial confirmation of deb    Page 1 of 1

Case 18-42994-drd13  Doc 61  Filed 11/26/19  Entered 11/26/19 15:57:48  Desc
Main Document    Page 1 of 1

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  CAROL LINDA DILLE

                              Case No.:  18-42994-drd-13

**Debtor**

### CHAPTER 13 TRUSTEE'S CERTIFICATION
### CONCERNING INITIAL CONFIRMATION OF DEBTOR'S PLAN

   COMES NOW Richard V. Fink, Chapter 13 Trustee, and for his certification states as follows:  He is the Standing Chapter 13 Trustee and has reviewed debtor's schedules and plan, and has conducted a Section 341(a) meeting of creditors.  Based on the information currently available, the proposed plan appears to be feasible, submitted in good faith and not for any reason prohibited by law, and complies with applicable provisions of Chapter 13 of Title 11 of the United States Code.  The trustee is not aware of any objection to or rejection of the plan that has not been resolved, withdrawn or ruled upon.

November 26, 2019

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

RI    /Certification Confirmation