RECORDER'S CERTIFICATION
JACKSON COUNTY, MISSOURI
**12/11/2014  09:57:05 AM**
INSTRUMENT TYPE QCD   FEE $21 00   1 PG



INSTRUMENT NUMBER / BOOK & PAGE
**2014E0102545**

Robert T Kelly, Director, Recorder Of Deeds

# QUIT CLAIM DEED

This Deed, made and entered into on December 11, 2014, by and between Grantor The Green People Ltd, whose address is 4933 Westwood Road, Kansas City, Missouri, 64112 and Grantee: Dille Family Revocable Trust, 4933 Westwood Road, Kansas City, Missouri, 64112 of the County of Jackson, State of Missouri.

Witnesseth, that the Grantor, for and in consideration of the sum of One Dollar ($1 00) and other valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, does by tnese presents Remise, Release and Forever Quit Claim unto the said Grantee, the following described Real Estate situated in the County of Jackson and the State of Missouri, to wit

Lot 13, and the westerly 10 feet of Lot 14, Block 23, ARMOUR HILLS, a subdivision in Kansas City, Jackson County, Missouri, according to the recorded plat thereof

Subject to Building lines easements, restrictions and conditions of record, if any, and to zoning law or ordinance affecting the herein described property

To Have and To Hold the same, together with all rights and appurtenances to the same belonging, unto the Grantee, and to the heirs and assigns of such Grantee forever. So that neither the Grantor, their heirs, nor any other person(s) for them or in their names(s) or behalf, shall or will hereafter claim or demand any right or title to the aforesaid premises, or any part thereof, but they and every one of them shall, by these presents, be excluded and forever barred

In Witness Whereof, the Grantor has hereunto set their hand the day and month and year first above written

*Carol L Dille*
Grantor - Carol L Dille for The Green People Ltd

Notary - [signature]

DOMINICK SCUDIERO, JR.
Notary Public - Notary Seal
STATE OF MISSOURI
Platte County
My Commission Expires. Sept 8, 2017
Commission # 13524027