Recorded in Johnson County, Missouri
Date and Time: 07/07/2017 at 03:40:14 PM
Instr #: 399453  Book: 3636  Page: 70

Instrument Type: QC
Page Count: 2
Recording Fee: $27.00 S

Jan Jones
Recorder of Deeds

## QUIT CLAIM DEED

This Deed, made and entered into on July 7, 2017, by Grantor, Carol L Dille, whose address is 4937 Westwood Road, Kansas City, Missouri, 64112, of the County of Jackson, State of Missouri, and Grantee, Alliance of Divine Love - Chapel 1202, a Nonprofit Corporation duly organizd under the laws of the State of Missouri, party or parties of the second part.
Mailing Address of the Grantee:  781 NW 1621 Road, Bates City, Missouri, 64011

Wittnesseth, that the Grantor, for and in consideration of the sum of One Dollar ($1.00) and other valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, does by these presents Remise, Release and Forever Quit Claim unto the said Grantee the following described Real Estate situated in the County of Johnson and the State of Missouri, to wit:

Lot 119 in OAKSHIRE, 3RD PLAT, as shown by the plat filed in Plat Book 11, at Pages 46-49; in Johnson County Missouri, according to the recorded plat thereof.

Subject to building lines, easements, restrictions and conditions of record, if any, and to zoning law or ordinance affecting the herein described property.

To Have and To Hold the same, together with all rights and appurtenances to the same belonging, unto the Grantee, and to the heirs and assigns of such Grantee forever.  So that neither the Grantor, their heirs, nor any other person(s) for them or in their name(s) or behalf, shall or will hereafter claim or demand any right or title to the aforesaid premises, or any part thereof, but they and everyone of them shall, by these presents, be excluded and forever barred.

In Witness Whereof, the Grantor has hereunto set their hand the day and year first above written.