RECORDER'S CERTIFICATION
JACKSON COUNTY, MISSOURI
12/16/2014 02:34:22 PM
INSTRUMENT TYPE QCD   FEE $24 00   2 PGS



INSTRUMENT NUMBER / BOOK & PAGE
2014E0104168

Robert T Kelly, Director, Recorder Of Deeds

## QUIT CLAIM DEED

This Deed, made and entered into on December 15, 2014, by Grantor: Carol L Dille, whose address is 4937 Westwood Road, Kansas City, Missouri, 64112 of the County of Jackson, State of Missouri, and Grantee: Dille Family Revocable Trust of the County of Jackson, State of Missouri.
Mailing Address of the Grantee: 4933 Westwood Road, Kansas City, Missouri, 64112

Witnesseth, that the Grantor, for and in consideration of the sum of One Dollar ($1.00) and other valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, does by these presents Remise, Release and Forever Quit Claim unto the said Grantee the following described Real Estate situated in the County of Jackson and the State of Missouri, to wit:

LOT 34, WESTWOOD PARK, A SUBDIVISION IN KANSAS CITY, JACKSON COUNTY, MISSOURI (PARCEL NUMBER 30-430-13-09-00-0-00-000)

Subject to building lines, easements, restrictions and conditions of record, if any, and to zoning law or ordinance affecting the herein described property.

To Have and To Hold the same, together with all rights and appurtenances to the same belonging, unto the Grantee, and to the heirs and assigns of such Grantee forever. So that neither the Grantor, their heirs, nor any other person(s) for them or in their name(s) or behalf, shall or will hereafter claim or demand any right or title to the aforesaid premises, or any part thereof, but they and every one of them shall, by these presents, be excluded and forever barred.

In Witness Whereof, the Grantor has hereunto set their hand the day and year first above written.

_____  _____
Grantor – Carol L Dille

STATE OF MISSOURI    }
Jackson of County    }
                     }

Before me personally appeared on December 15, 2014, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that they executed the same as their free act and deed, as the Grantor.

In Testimony Whereof, I have hereunto set my hand and affixed my official seal in the County and State aforesaid, the day and year first above written.

_____
Notary Public

My Term Expires:

MARY E. McCARTHY
Notary Public - Notary Seal
STATE OF MISSOURI
Jackson County
My Commission Expires April 17, 2018
Commission # 14871562