

Recorded in Johnson County, Missouri
Date and Time: 09/30/2016 at 02:33:27 PM
Instr #: 393614 Book: 3603 Page: 178
Instrument Type: TD
Page Count: 2
Recording Fee: $27.00 S

Grantor: BREE FAMILY TRUST
Grantee: ALLIANCE OF DIVINE LOVE CHAPEL 1202




Jan Jones
Recorder of Deeds



# TRUSTEE'S WARRANTY DEED

THIS DEED, Made and entered into this 30th day of September, 2016, by and between Donald L. Bree and Donna J. Bree, Trustees of the Bree Family Living Trust dated February 8, 2000, (GRANTORS)

of the County of Jackson, State of Missouri, party or parties of the first part, and

Alliance of Divine Love - Chapel 1202, (GRANTEES)

a Nonprofit Corporation duly organized under the laws of the State of Missouri, party or parties of the second part.

**Grantee's Mailing Address:**   4937 Westwood Road
Kansas City, MO 64112

WITNESSETH: That the said party or parties of the First Part, for and in consideration of the sum of Ten Dollars and other valuable considerations paid by the said party or parties of the Second Part, the receipt of which is hereby acknowledged, do by these presents Grant, Bargain and Sell, Convey and Confirm, unto the said party or parties of the Second Part, the following described real estate situate in the County of Johnson, in the State of Missouri, to-wit:

LOT 117 IN OAKSHIRE, 3RD PLAT, AS SHOWN BY THE PLAT FILED IN PLAT BOOK 11, AT PAGES 46-49, JOHNSON COUNTY, MISSOURI.

TO HAVE AND TO HOLD the same, together with all rights, immunities, privileges and appurtenances to the same belonging unto the said Grantee, and to their heirs and assigns, forever; the said Trustee, hereby covenanting that they and the successor trustee(s) under said Trust Agreement shall and will WARRANT AND DEFEND title to the premises hereby conveyed unto the said Grantees, and to their heirs and assigns, forever, against the lawful claims of all persons claiming by, through or under them, excepting, however, the general taxes for the calendar year 2015 and thereafter, and special taxes becoming a lien after the date of this deed.

IN WITNESS WHEREOF, the said Grantor has hereunto set his hand the day and year written below.

THE BREE FAMILY LIVING TRUST DATED FEBRUARY 8, 2000

_____
Donald L. Bree, Trustee

_____
Donna J. Bree, Trustee

RECITALS

A. Parties of the First Part are the duly appointed, qualified and acting Trustees of the **The Bree Family Living Trust dated February 8, 2000**, ("Trust"); and
B. The Property (as defined herein) was previously conveyed to the Trust by Warranty Deed recorded March 01, 2007 in Book 3095 at Page 37.
C. That under the powers and provisions of said Trust, the Trustees have the power to sell and convey any real property that has been transferred into the Trust; and
D. The Trust is in full force and effect and has not been amended, revoked or terminated.

State of __Missouri__
County of __Jackson__

On __30__ day of __September__, __2016__, before me personally appeared *Donald L. Bree and Donna J. Bree, Trustees of the Bree Family Living Trust dated February 8, 2000*; said Trustee(s) being by me first duly sworn, and said Trustee(s) stating upon his/her/their oaths that he/she/they are the Trustee(s) of said Trust, and that as such Trustee(s), he/she/they has/have full power and authority to execute the foregoing deed, that the said Trust is in full force and effect on the date of this deed, and that he/she/they executed the foregoing instrument for the purposes herein stated and as the free act and deed of said Trust.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid, the day and year last above written.

_Elizabeth A. Miller_
Notary Public

My term expires: __10/21/19__

ELIZABETH A MILLER
Notary Public, Notary Seal
State of Missouri
Jackson County
Commission # 15523433
My Commission Expires October 21, 2019