506 (7/15)

**UNITED STATES BANKRUPTCY COURT**
**Western District of Missouri**

F I L E D

11/26/20

U.S. Bankruptcy Court
Western District of Missouri

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carol Linda Dille
4937 Westwood Rd
Kansas City, MO 64112

Case No.:
18−42994−drd7

Social Security No.:
xxx−xx−6331

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**
**OF THE NEED TO FILE CLAIMS**

Notice is hereby given that:

It appeared from the schedules of the debtor at the time of filing that there was no estate from which any dividend could be paid to creditors, and the notice to creditors advised that it was unnecessary for any creditor to file his claim at that time.

It now appears that there is an estate from which a dividend to creditors may be paid and creditors must now file claims in this case in order to share in any distribution from the estate.

DO NOT FILE A CLAIM IF YOU HAVE ALREADY DONE SO.

CLAIMS MUST BE FILED ON OR BEFORE

**2/26/21**

**You can electronically file your Proof of Claim and exhibits with the Court by using the link below.**
**You must also send a copy with documentation to the debtor's attorney and case trustee.**

ePOC−Electronic Proof of Claim

*http://www.mow.uscourts.gov/bankruptcy/ePOC.html*

Claims which are not filed on or before the above date will not be allowed, except as otherwise provided by law. A claim may be filed in the office of the Bankruptcy Court on an official form prescribed for a proof of claim.

**Creditors who move prior to receiving a final distribution must notify the Court**
**of any change of address.**

Date of issuance: 11/26/20                                        /s/ Paige Wymore−Wynn ,

                                                                  Court Executive