MOW 3007-1.1    (4/2021)

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

IN RE: )
CAROL LINDA DILLE ) Case No. 18-42994-DRD
)
Debtor(s) )

**OBJECTION TO CLAIM**

Comes now Movant <u>Victor Weber, trustee</u>, and hereby objects to the Proof of Claim filed by creditor, Gerald A Sanders in the amount of $<u>845,627.70</u>, and filed on <u>December 26, 2020</u>. The court claim number is <u>15-1</u>.

**Your claim may be reduced, modified, or eliminated. You should read this document carefully and discuss it with your attorney, if you have one.**

Pursuant to Local Rule 3007-1 (C), the Claimant shall have 30 days after service of the Objection in which to file a Response, if you do not want the court to eliminate or change your claim. The Response shall be in writing and state why the claim should be allowed as filed. If a Response is filed, the Court will schedule a hearing. If no timely Response is filed, the Court will enter an Order sustaining the Objection to the Claim. Parties not represented by an attorney shall mail a Response to the Court at **U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106**. Debtor(s) not represented by an attorney must be served a copy of the Response by regular mail. If your Response is mailed, it must be early enough so that the court will receive it on or before 30 days after service of the Objection.

The basis for the objection is as follows: (PLEASE CHECK ONLY THE APPLICABLE BOXES)

☐ The deadline for filing proofs of claim expired prior to the filing of the claim, so the claim should be disallowed in its entirety. (Not applicable in Chapter 7)

X The claim should instead be allowed as an unsecured claim in the amount of $<u>464,722.95</u> because <u>Gerald A Sanders agreed to have his claim allowed as such in its settlement with the bankruptcy estate. See doc. # 292-1 settlement agreement, and #305 Order approving settlement agreement.</u>

☐ The claim should instead be allowed as secured in the amount of $_____ and unsecured in the amount of $_____ because_____.

☐ Other:_____

MOW 3007-1.1    (4/2021)

Dated: July 1, 2021                                       MERRICK, BAKER & STRAUSS, P.C.

                                                          By:   /s/ Victor F. Weber
                                                          VICTOR F. WEBER    MO#57361
                                                          1044 Main Street, Suite 500
                                                          Kansas City, MO 64105
                                                          Telephone:    (816) 221-8855
                                                          Facsimile:    (816) 221-7886
                                                          vfw-trustee@merrickbakerstrauss.com

## CERTIFICATE OF SERVICE

I Victor Weber hereby certify that a true and correct copy of the Objection to Claim was mailed to the addresses below by first class mail on July 1, 2021

Paul D. Sinclair

Cowing and Mendelson, PC

4951 NE Goodview Circle, Suite B

Lee's Summit, Mo. 64064

                                                          By:   /s/ Victor F. Weber